UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW ANTHONY LACKMAN,<br><br>Defendant. | No. CR-13-090-RMP<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY |

Before the Court is Defendant's unopposed Motion to Modify Conditions of Release. The Court having reviewed the reasons for the request and good cause appearing therefor,

**IT HEREBY ORDERED** that the Motion to Modify Conditions of Release, **ECF No. 42,** is **GRANTED**. When Defendant is released from inpatient treatment on October 31, 2013, he shall be released to the custody of, and shall reside with, his father, Chuck Lackman. Defendant shall abide by all conditions of release set forth in the Order Granting Unopposed Motion and Setting Conditions of Release filed July 11, 2013, ECF No. 32.

DATED October 28, 2013.



_____

JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1