# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,, | No. CR-13-090-RMP |
| Plaintiff, | ORDER MODIFYING |
| vs. | CONDITIONS OF PRETRIAL |
| MATTHEW ANTHONY LACKMAN, | RELEASE |
| Defendant. | |

The Court having reviewed Defendant Matthew Anthony Lackman's Motion to Modify Conditions of Release on an expedited basis, and no party opposing the Motion, and good cause having been shown,

**IT IS HEREBY ORDERED** that the Defendant's Motion to Modify Conditions of Release is **GRANTED.** All other terms and conditions of pretrial release not inconsistent herewith to remain in full force and effect.

DATED December 20, 2013.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1